**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6124**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YAGOUB M. MOHAMED, a/k/a Mohammed A. Yagoub,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.  (CR-01-177; CA-03-58-3)

Submitted:  August 18, 2005          Decided:  August 23, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Yagoub M. Mohamed, Appellant Pro Se.  Brian Ronald Hood, Assistant United States Attorney, Gregg Robert Nivala, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Michael Calvin Moore, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yagoub M. Mohamed appeals the district court's order denying his motion to reopen the time to file an appeal of his motion under 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Mohamed, Nos. CR-01-177; CA-03-58-3 (E.D. Va. Jan. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED